IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SHAWN E. BLANCHARD                                  PLAINTIFF

vs.                          Civil No. 6:17-cv-06133

NANCY A. BERRYHILL                           DEFENDANT
**Acting Commissioner, Social Security Administration**

## JUDGMENT

Comes now the Court on this the 1st day of March, 2019, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

                                                   /s/ *Barry A. Bryant*
                                                   HON. BARRY A. BRYANT
                                                   U. S. MAGISTRATE JUDGE